```
EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING   6697
Assistant U.S. Attorney
Att: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  541-2850
Facsimile:  541-3752
Email:  Edric.Ching@usdoj.gov
```

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00523-008 |
| | ) | |
| Plaintiff, | ) | RELEASE OF NOTICE OF LIEN |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>RELEASE OF NOTICE OF LIEN</u>

The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on March 31, 2005, a Judgment In A Criminal Case was entered against Robert Griffin, (SSN: XXX-XX-1735) in the U.S. District Court, District of Hawaii, ordering payment of special assessment of $100.00 and a fine of $5,000.00.

A Notice of Lien For Fine And/Or Restitution Imposed Pursuant To The Anti-Terrorism And Effective Death Penalty Act Of 1996 was recorded on November 27, 2006 by Tom Daly, Clerk-Recorder, Orange County in Santa Ana, California, Instrument No. 2006000792850.

The special assessment and fine amounts have been fully satisfied.

DATED: <u>April 18, 2008</u>, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By: /s/ Edric M. Ching
_____
EDRIC M. CHING
Assistant U.S. Attorney

Attorneys for Plaintiff