ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA A. SHEEHAN #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
P.O. Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 06 2008
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CR. NO. 02-00523-08 HG |
| )                                  | |
| Plaintiff,    )                    | UNITED STATES' EX PARTE |
| )                                  | MOTION FOR PERMISSION TO |
| vs.                            )   | RELEASE PRESENTENCE |
| )                                  | INVESTIGATION REPORT |
| ROBERT GRIFFIN,    (08)        )   | |
| )                                  | |
| Defendant.    )                    | |
| )                                  | |

UNITED STATES' EX PARTE MOTION FOR PERMISSION
TO RELEASE PRESENTENCE INVESTIGATION REPORT

The United States of America, through Assistant U.S. Attorney Loretta Sheehan, seeks permission to release a copy of the presentence investigation report of Defendant Robert Griffin to attorney William Domingo as Mr. Domingo is attempting to determine whether Defendant Griffin is eligible for relief under 18 U.S.C. § 3582(c)(2) due to Amendments 706 and 711 to the United States Sentencing Guidelines (U.S.S.G.).  Mr. Domingo was

not counsel for Defendant Griffin during the pendency of Cr. No. 02-00523-08 HG, but has represented to the government that he has been contacted by Defendant Griffin to research the matter. Mr. Domingo has represented to the United States that he needs to examine the Presentence Investigation Report.

This motion is made pursuant to Federal Rule of Criminal Procedure 47.

DATED: May 6, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By  /s/ Loretta Sheehan
    LORETTA SHEEHAN
    Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA