PROB. 12B
(7/93)

# United States District Court

for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 10 2008

at /6 o'clock and 58 min. A M.
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  ROBERT GRIFFIN            Case Number:  CR 02-00523HG-08

Name of Sentencing Judicial Officer:    The Honorable Helen Gillmor
                                        Chief U.S. District Judge

Date of Original Sentence:  3/31/2005

Original Offense:   Count 1:  Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Methamphetamine and 50 Grams or More of Cocaine Base and Cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A), a Class A felony

Original Sentence:  Fifty-one (51) months imprisonment and five (5) years supervised release with the following conditions:  1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; and 2) That the defendant provide the Probation Office access to any requested financial information.

The subject was also ordered to pay a $5,000 fine.

Type of Supervision:  Supervised Release      Date Supervision Commenced:  5/2/2008

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

General Condition:   Robert Griffin, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the Probation Officer, pursuant to 18 U.S.C. 3583(d)

Prob 12B
(7/93)

2

## CAUSE

The subject's term of supervised release commenced in the Central District of California (CD/CA) on 5/2/2008. Our office recently received a letter from the subject's supervising probation officer in that district requesting the above-noted modification. Reportedly, the subject will soon complete an outpatient substance abuse treatment program. In light of U.S. vs. Stephens, the probation officer is requesting the authority to continue random drug testing outside of treatment in order to monitor the subject's compliance. The subject's substance abuse history includes the weekly use of alcohol and experimentation with cocaine, ecstasy, and marijuana prior to his arrest for the instant offense.

Our office supports this request and respectfully recommends the Court modify the mandatory drug testing condition (general condition) to authorize and allow random drug testing to continue for the duration of the subject's supervision term. Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections.

Respectfully submitted by,

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 7/7/2008

Prob 12B
(7/93)

3

THE COURT ORDERS:

[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
HELEN GILLMOR
Chief U.S. District Judge

_____7.8.08_____
Date

PROB 49
(3/89)

# United States District Court

District _____ of Hawaii _____

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

  I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

  I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Robert Griffin, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the Probation Officer, pursuant to 18 USC 3583(d).

Witness _____        Signed _____
   U.S. Probation Officer               Probationer or Supervised Releasee

          6/12/2008
          Date